IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| DOUGHERTY COUNTY STATE COURT, | \* |
| Plaintiff, | \* |
| v. | Case No. 1:19-CV-103 (LAG) |
| | \* |
| TEHIB MAHIEM EL BEY, | |
| | \* |
| Defendant. | |
| _____ | \* |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 16, 2019, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 16th day of August, 2019.

David W. Bunt, Clerk

s/ M. Danielle Morrow, Deputy Clerk